# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1131
_____

NICHOLAS SAMMIE LEE SMITH
JR.,

    Petitioner,

    v.

ROBERT GARCIA, in his individual capacity; MARK EDDLEMAN, in his official capacity; ZT MOTORS OF FORT WALTON TWO, LLC, a Florida limited liability company conducting business in Okaloosa County, Florida; ZT MOTORS OF FORT WALTON THREE, LLC, a Florida limited liability company conducting business in Okaloosa County, Florida; ZT MOTORS OF FORT WALTON FOUR, LLC, a Florida limited liability company conducting business in Okaloosa County, Florida; TOYOTA OF FORT WALTON BEACH, an automobile dealership conducting business in Okaloosa County, Florida; and ERIC ADEN, in his official capacity as Sheriff of Okaloosa County, Florida,

    Respondents.

_____

Petition for Writ of Certiorari—Original Proceedings.

June 2, 2026

PER CURIAM.

DISMISSED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas Sammie Lee Smith, Jr., pro se, Petitioner.

No appearance for Respondents.